**Opinion issued August 6, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-00044-CV**

————————————

**HITECH PRODUCTS, INC. AND DAVID E. DODD, BOTH D/B/A FANTASTIC FOUNTAINS, Appellants**

**V.**

**SIGMA MARBLE & GRANITE – HOUSTON, INC., Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-30253**

---

## MEMORANDUM OPINION

Appellants, HiTech Products, Inc. and David E. Dodd, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellee, Sigma Marble & Granite – Houston, Inc., has filed a motion, based on appellants' failure to timely file a brief,

requesting that we affirm the trial court's judgment or, alternatively, dismiss this appeal. After being notified that this appeal was subject to dismissal, appellants did not respond to either the notice or appellee's motion. *See* TEX. R. APP. P. 42.3(b).

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.